BENJAMIN B. WAGNER
United States Attorney
YOSHINORI H. T. HIMEL #66194
Assistant United States Attorney
Eastern District of California
501 I Street, Suite 10-100
Sacramento, California  95814-2322
Telephone:  (916) 554-2760
Facsimile:  (916) 554-2900
Email:  yoshinori.himel@usdoj.gov

Attorneys for Petitioner United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Petitioner,<br><br>v.<br><br>SHARRON NISBETT,<br><br>   Respondent, | **VERIFIED PETITION TO ENFORCE INTERNAL REVENUE SERVICE SUMMONS**<br><br>TAXPAYER:  SHARRON NISBETT |

Petitioner, the United States of America, by and through its undersigned counsel alleges as follows:

A.  JURISDICTION

1.  This proceeding is brought under 26 U.S.C. sections 7402(a)-(b) and 7604(a), which give authority for judicial enforcement of Internal Revenue Service ("IRS") summonses.  Subject matter jurisdiction is given by  28 U.S.C. sections 1340 (actions under the internal revenue laws) and 1345 (proceedings by the United States).

2.  Venue is proper in this judicial district as Respondent resides in or may be found within this district.  See 26 U.S.C. §§ 7402(b), 7604(a).

///

///

B.  PARTIES

3.    By knowledge of applicable procedures, Elaine Moore is a duly commissioned Revenue Agent employed in the Small Business/Self-Employed Compliance Division, California Area, Internal Revenue Service.  Revenue Agent Moore is authorized to issue an IRS summons pursuant to the authority contained in Section 7602 of Title 26 U.S.C., Treasury Regulation Section 301.7602-1, 26 C.F.R. Section 301.7602-1, and Internal Revenue Service Delegation Order No. 4 (as revised).

4.    By knowledge of the investigation, the Respondent, Sharron Nisbett, resides in Fresno County, California, within the jurisdiction of this Court.

5.    By personal knowledge, Revenue Agent Elaine Moore is conducting an investigation of Sharron Nisbett to determine the existence and amount of personal income tax liability (Form 1040) for the tax year ending 2009.

6.    On information and belief, the Respondent is in possession and control of the testimony, books, records, papers, and other data that may shed light on the matters to be ascertained in the above-described investigation.

7.    By personal knowledge and knowledge of the investigation, on June 30, 2011, Revenue Agent Elaine Moore issued an IRS summons, directing Respondent to appear before her on July 8, 2011, at the hour of 9:00 a.m., at 2525 Capitol Street, Suite 203, Fresno, California, to provide testimony and to produce for examination the books, records, papers and other data described in the summons.

8.    By personal knowledge, on June 30, 2011, Revenue Agent Elaine Moore served an attested copy of the summons to Respondent by leaving an attested copy with Cheryl Nisbett at Respondent's last and usual place of abode.

9.    By knowledge of the investigation, a true and correct copy of the summons is attached as Exhibit A to the petition.  This Exhibit is hereby adopted by reference.

10.     By personal knowledge, Respondent failed to appear or respond on July 8, 2011, as directed in the summons.

11.     By personal knowledge and knowledge of the investigation, Respondent's failure to fully comply with the summons continues to this date.

13.     By personal knowledge and knowledge of the investigation, the testimony and documents sought by the summons are necessary and relevant to determine the existence and amount of personal income tax liability (Form 1040) for the tax year ending 2009, for Sharron Nisbett.

14.     By personal knowledge and knowledge of the investigation, the information sought by the summons is not already in the possession of the IRS.

15.     By knowledge of the investigation and knowledge of applicable procedures, all administrative steps required by the Internal Revenue Code of 1986 for the issuance of the summons have been taken.

16.     By personal knowledge, knowledge of the investigation, and knowledge of applicable procedures, there are no criminal referrals to the Department of Justice in effect, as defined in I.R.C. § 7602(d) (26 U.S.C.), for the tax year ending December 31, 2009, for Sharron Nisbett.

WHEREFORE, the United States prays as follows:

1.     For an order directing Respondent to show cause, if any, why she should not comply with and obey the summons, and each and every requirement thereof;

2.     For an order directing Respondent to obey the summons, and each and every requirement thereof, at such time and place as may be fixed by Revenue Agent Moore or any other proper officer or employee of the IRS;

///

///

///

3.     For costs of suit; and

4.     For such other and further relief as the Court deems just and proper.

Dated: September 22, 2011                    Respectfully submitted,

                                             BENJAMIN B. WAGNER
                                             United States Attorney

                               By:     _/s/ YHimel_____
                                             YOSHINORI H. T. HIMEL
                                             Assistant U.S. Attorney
                                             Attorneys for Petitioner United States of America

1

## VERIFICATION BY REVENUE AGENT ELAINE MOORE

2

3    Revenue Agent ELAINE MOORE, pursuant to 28 U.S.C. § 1746(a), verifies as follows:

4    1.      I am the Revenue Agent in this case.

5    2.      Regarding the numbered paragraphs in this petition except for paragraphs 1 and 2:

6            a.      If an allegation in those paragraphs is labeled "by personal knowledge," it

7                    is a matter that I know to be true from my own personal knowledge.

8            b.      If an allegation in those paragraphs is labeled "by knowledge of applicable

9                    procedures," it is a matter that I know to be true from my knowledge of

10                   Internal Revenue Service procedures.

11           c.      If an allegation in those paragraphs is labeled "by knowledge of the

12                   investigation," it is a matter of which I have been informed by oral or

13                   written communication within the investigation in suit, and it accords with

14                   my understanding of the facts of the case.

15           d.      If an allegation in that section is labeled "on information and belief," it is

16                   a matter of which I do not necessarily have personal knowledge, but it

17                   accords with my understanding of the facts of the case.

18

19       I verify under penalty of perjury that the foregoing is true and correct.  Executed on

20   September __22__ , 2011 in Fresno, California.

21

22

23                                              _/s/ Elaine Moore_____
                                                ELAINE MOORE
24                                              Revenue Agent
                                                Internal Revenue Service
25

26

27

28

1



# Summons

In the matter of   Sharron Nisbett

Internal Revenue Service (Division):   Small Business / Self Employed Compliance Division
Industry/Area (name or number):   Area 7; Exam Group 1304

Periods: December 31 2009

## The Commissioner of Internal Revenue

**To:**  Sharron Nisbett

**At:**  2994 Holly Avenue, Clovis, California 93611

You are hereby summoned and required to appear before   Elaine Moore, Revenue Agent
an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

Any and all documents for the above named persons as specified on the attached Form 4564

**Do not write in this space**

**Business address and telephone number of IRS officer before whom you are to appear:**

2525 Capitol Street; Suite 203; Fresno, California 93721    (559) 443-7641

**Place and time for appearance at** 2525 Capitol Street; Suite 203; Fresno, California 93721

**IRS**

Department of the Treasury
**Internal Revenue Service**

**www.irs.gov**

Form 2039 (Rev. 12-2001)
Catalog Number 21405J

on the _____ 8 _____ day of _____ July _____ , _____ 2011 _____ at _____ 9 _____ o'clock _____ a. _____ m.
(year)

Issued under authority of the Internal Revenue Code this _____ 30 _____ day of _____ June _____ , _____ 2011 _____ .
(year)

Signature of issuing officer

Revenue Agent
Title

Group Manager

Signature of approving officer *(if applicable)*

Title

**Original** — to be kept by IRS

Exhibit A                                                                                                 Page 1 of 3



# Service of Summons, Notice and Recordkeeper Certificates

(Pursuant to section 7603, Internal Revenue Code)

I certify that I served the summons shown on the front of this form on:

| Date | Time |
|------|------|
| June 30, 2011 | 4:06 pm |

**How Summons Was Served**

1. ☐ I certify that I handed a copy of the summons, which contained the attestation required by § 7603, to the person to whom it was directed.

2. ☒ I certify that I left a copy of the summons, which contained the attestation required by § 7603, at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person (if any): Cheryl Nisbett

3. ☐ I certify that I sent a copy of the summons, which contained the attestation required by § 7603, by certified or registered mail to the last known address of the person to whom it was directed, that person being a third-party recordkeeper within the meaning of § 7603(b). I sent the summons to the following address: _____

| Signature | Title |
|-----------|-------|
|  | REVENUE AGENT |

4. This certificate is made to show compliance with IRC Section 7609. This certificate does not apply to summonses served on any officer or employee of the person to whose liability the summons relates nor to summonses in aid of collection, to determine the identity of a person having a numbered account or similar arrangement, or to determine whether or not records of the business transactions or affairs of an identified person have been made or kept.

I certify that, within 3 days of serving the summons, I gave notice (Part D of Form 2039) to the person named below on the date and in the manner indicated.

Date of giving Notice: _____    Time: _____

Name of Noticee: _____

Address of Noticee (if mailed): _____

**How Notice Was Given**

☐ I gave notice by certified or registered mail to the last known address of the noticee.

☐ I left the notice at the last and usual place of abode of the noticee. I left the copy with the following person (if any).

☐ I gave notice by handing it to the noticee.

☐ In the absence of a last known address of the noticee, I left the notice with the person summoned.

☐ No notice is required.

| Signature | Title |
|-----------|-------|
|  |  |

I certify that the period prescribed for beginning a proceeding to quash this summons has expired and that no such proceeding was instituted or that the noticee consents to the examination.

| Signature | Title |
|-----------|-------|
|  | Revenue Agent |

Form **2039** (Rev. 12-2001)

| Form 4564 | Department of the Treasury<br>Internal Revenue Service<br>Information Document Request | Request Number<br>Five |
|---|---|---|

| To: Sharron Nisbett<br>2994 Holly Ave<br>Clovis, CA 93611 | Subject: Examination for tax years<br>2009 |
|---|---|
| | Submitted to:<br>Taxpayer and Representative |
| | Dates of Previous Requests:<br>4/19/2011, 5/23/2011, 5/27/2011,<br>6/28/2011 |

Description of Documents Requested:

**NOTE: THIS IS THE ATTACHMENT THAT WAS SPECIFIED IN THE SUMMONS, FORM 2039, ISSUED TO Sharron Nisbett**

Please have the following items for our appointment of **July 8, 2011 @ 9:00am at 2525 Capitol St, Fresno, CA 93721**: The items are not intended to be all-inclusive; additional items may be required at a later time.

1. If you use Quickbooks, please provide the following:
    a. Year-end work papers and reports:
    b. Worksheet reconciling the QuickBooks electronic books and records to the tax return for the tax year ending **12/31/2009**.
    c. Adjusting journal entries and closing entries for the tax year ending **12/31/2009**.
    d. A copy of the original electronic backup file of the QuickBooks books and records that includes the period from **1/1/2009** through **12/31/2009**. This copy should not be an altered version of the QuickBooks data but rather a copy of the original electronic backup file.
    e. The QuickBooks backup file should include any changes to the data entered after year end and should have a file extension of QBB. The backup file can be provided on a CD, DVD, or thumb/jump drive.
    f. The QuickBooks administrator's user name and password for the backup file requested in item 2 above. Please note that you may temporarily change the administrator's password before copying the electronic backup file for the IRS in response to this IDR; then you may change the password back to the original "standard" one within your main QuickBooks working file.
    g. The Version (i.e., year) and the Edition (e.g., Pro, Premier, Enterprise Solutions) of QuickBooks used to create the backup file.
2. A **Personal interview with the taxpayer**.
3. Purchase agreement for when Sharron Nisbett purchased Fresno Court Reporters and what the purchase included (equipment, A/R, etc).
4. Explanation of the variance in the Bank Deposit Analysis (Copy enclosed).

Information Due By ___07/08/11___ At Next Appointment [ X ] Mail In [ ]

| FROM | Name and Title of Requestor<br><br>Elaine Moore, Internal Revenue Agent | Date:<br>6/30/2011 |
|---|---|---|
| | Office Location:<br>2525 Capitol Street; Suite 203<br>Fresno, CA 93721 | Phone: Voice (559) 443-7641<br>FAX (559) 443-7652 | Page 1 |

Form 4564