BENJAMIN B. WAGNER
United States Attorney
YOSHINORI H. T. HIMEL #66194
Assistant United States Attorney
Eastern District of California
501 I Street, Suite 10-100
Sacramento, California  95814-2322
Telephone:  (916) 554-2760
Facsimile:  (916) 554-2900
Email:  yoshinori.himel@usdoj.gov

Attorneys for Petitioner United States of America

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:11-cv-01610-LJO-GSA |
| Petitioner, | **AMENDED ORDER TO SHOW CAUSE RE: ENFORCEMENT OF INTERNAL REVENUE SERVICE SUMMONS** |
| v. | |
| SHARRON NISBETT, | TAXPAYER:  SHARRON NISBETT |
| Respondent. | Date:   Friday, November 18, 2011<br>Time:   9:30 a.m.<br>Ctrm:   10 (Honorable Gary S. Austin) |

Upon review of the Verified Petition to Enforce Internal Revenue Service Summons and the Memorandum of Points and Authorities filed in support of the petition by the United States of America,

IT IS HEREBY ORDERED that Respondent,  SHARRON NISBETT, appear before United States Magistrate Gary S. Austin, in Courtroom No. 10, in the United States Courthouse, 2500 Tulare Street, Fresno, California, 93721, on Friday,  November 18, 2011, at 9:30 a.m. to show cause why she should not be compelled to obey the Internal Revenue Service summons served upon her on June 30, 2011, and attached to the United States' Verified Petition to Enforce Internal Revenue Service Summons.

IT IS HEREBY FURTHER ORDERED that a copy of this Order to Show Cause, together with one copy each of the Verified Petition to Enforce Internal Revenue Service Summons and the Memorandum of Points and Authorities filed in support of the petition, shall be served upon Respondent by any means of service permitted by Fed. R. Civ. P. 4(e), on or before **October 15, 2011**, unless such service cannot be made despite reasonable efforts.  If Petitioner is unable to serve Respondent despite making reasonable efforts to do so, Petitioners may request a court order granting leave to serve by other means. See Fed. R. Civ. P. 81(a)(5).

IT IS HEREBY FURTHER ORDERED that within 14 days of service of a copy of this Order to Show Cause and accompanying papers, Respondent shall file and serve a written response to the Petition to Enforce Internal Revenue Service Summons, supported by appropriate declaration(s), as well as any motions the Respondents desire to make.  Petitioner may file a reply.   Only issues raised by the written response and supported by declaration(s) will be considered on the return date of this Order, and any uncontested allegations in the Verified Petition to Enforce Internal Revenue Service Summons will be deemed admitted.  If the summons is enforced, the Court should retain jurisdiction to enforce its order by its contempt power.

IT IS SO ORDERED.

Dated:   **September 26, 2011**            **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE