1  BENJAMIN B. WAGNER
   United States Attorney
2  YOSHINORI H. T. HIMEL #66194
   Assistant United States Attorney
3  Eastern District of California
   501 I Street, Suite 10-100
4  Sacramento, CA 95814-2322
   Telephone: (916) 554-2760
5  Facsimile: (916) 554-2900
   Email: yoshinori.himel@usdoj.gov
6
   Attorney for Petitioner United States of America
7

8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10

11 | UNITED STATES OF AMERICA,            ) Case No. 1:11-cv-01610-LJO-BAM
                                          )
12 |            Petitioner,                ) **PETITIONER'S NOTICE OF**
                                          ) **COMPLIANCE AND SUGGESTION**
13 |    v.                                 ) **TO CLOSE FILE; ORDER**
                                          )
14 | SHARRON NISBETT,                     ) TAXPAYER: SHARRON NISBETT
                                          )
15 |            Respondent.                )
   _____ )
16

17         TO THIS HONORABLE COURT AND THE PARTIES:

18         PLEASE TAKE NOTICE that in petitioner's view, respondent has sufficiently

19  complied with the IRS summons at issue in the above-captioned summons enforcement

20  proceeding. Accordingly, this case can and should be closed. A proposed order is

21  attached.

22

23  DATED: December 19, 2011            Respectfully submitted,

                                        BENJAMIN B. WAGNER
24                                      United States Attorney

25                              By:     */s/ YHimel*
                                        YOSHINORI H. T. HIMEL
26                                      Assistant United States Attorney

27

28

1

**ORDER**

2    Based upon petitioner's notice of respondent's compliance with the IRS summons
3 which was the subject of the above action, and pursuant to Fed. R. Civ. P. 41(a), this
4 action is dismissed and the clerk is directed to close this action.
5    IT IS SO ORDERED.
6 **Dated:   December 19, 2011**          /s/ Lawrence J. O'Neill
                                           UNITED STATES DISTRICT JUDGE

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28